UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 MAY 27 AM 11:40

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | '08 MJ 1644 |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Sergio GARCIA-Aguilar,** | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **May 22, 2008** within the Southern District of California, defendant, **Sergio GARCIA-Aguilar,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **27**th DAY OF **MAY 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Sergio GARCIA-Aguilar

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On May 22, 2008, Senior Border Patrol Agent L. Mescia was performing linewatch duties for the Imperial Beach Border Patrol Station in an area known as Border Field State Park. This area is approximately five miles west of the San Ysidro, California, Port of Entry and approximately fifty yards north of the United States/Mexico International Border Fence. This area is frequently used by undocumented aliens to further their entry into the United States. At approximately 10:00 P.M. the inside scope operator observed five individuals go around the Border fence into the ocean and make their way north up the beach just below Border Field State Park.

Agents responded and apprehended four of the five individuals. The fifth individual attempted to flee back south. Agent Mescia made his way down to the beach and stopped the fifth individual who was later identified as the defendant **Sergio GARCIA-Aguilar**. Agent Mescia identified himself as a Border Patrol Agent, and conducted an immigration inspection. The defendant admitted to being a citizen and national of Mexico illegally in the United States, and did not possess any documents that would allow him to legally enter or remain in the United States. Agent Mescia arrested the defendant and had him transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **January 12, 2007** through **Del Rio, Texas**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Executed on May 24, 2008 at 10:35 a.m.

_____
Tomas M. Jimenez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **May 22, 2008**, in violation of Title **8**, United States Code, Section **1326**.

_____        _5/24/08 @ 12:35 p.m._
Jan M. Adler                            Date/Time
United States Magistrate Judge